UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOCTORS COFFEY INTERNAL MEDICINE & FAMILY CARE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GRANGE INSURANCE COMPANY a/k/a GRANGE MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

Docket No.: 3:21−cv−00008−TAV−HBG

## **PLAINTIFF'S RULE 26(a)(1) SUPPLEMENTAL INITIAL DISCLOSURES**

Comes now Plaintiff, Doctors Coffey Internal Medicine & Family Care, LLC, by and through counsel, pursuant to Fed. R. Civ. P. 26(e)(1), hereby serves these Supplemental Initial Disclosures to Defendants. Plaintiff has identified Rick Hammond, J.D., CLU as a potential expert witness. Rick Hammond is an expert in the areas of insurance bad faith claim investigations and his office is located at 650 Warrenville Road, Suite 100 Lisle, Illinois 60532. Defendant does not waive any objection that disclosure of information, electronically stored information, and tangible things are confidential, prepared in anticipation of litigation for trial by or for another party's representative, or otherwise privileged from disclosure under applicable Rules of Civil Procedure, Rules of Evidence, and other applicable law.

Respectfully submitted,

*/s/ Ashleigh Beer*
_____

Robert Dziewulski BPR # 37044
Ashleigh Beer BPR # 038399
Attorney for Plaintiffs
DZ Law
800 S Gay Street, Suite 2131
Knoxville, Tennessee 37929
865.259.0020
bobdz@dzlaw.co
ashleighbeer@dzlaw.co

David A. Stuart BPR # 6770
300 Market St.
Clinton, Tennessee 37716
865.457.6414
williams.legal.assistant@gmail.com

Tom May, (Pro Hac Vice)
22 Sioux Dr.
Rittman, OH 44270
776.382.4400
tommaylaw@gmail.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served by electronic mail according to FRCP 5 (b)(2)(E) to the following on this 21st day of January, 2022.

Russell Reviere
Brandon Reedy
Attorneys for Defendant
Rainey, Kizer, Reverie & Bell, PLC
209 E. Main St.
Jackson, TN 38302

                                       Respectfully submitted,

                                       */s/ Ashleigh Beer*
                                       _____

Robert Dziewulski BPR # 37044
Ashleigh Beer BPR # 038399
Attorney for Plaintiffs
DZ Law
800 S Gay Street, Suite 2131
Knoxville, Tennessee 37929
865.259.0020
bobdz@dzlaw.co
ashleighbeer@dzlaw.co

David A. Stuart BPR # 6770
300 Market St.
Clinton, Tennessee 37716
865.457.6414
williams.legal.assistant@gmail.com

Tom May, (Pro Hac Vice)
22 Sioux Dr.
Rittman, OH 44270
776.382.4400
tommaylaw@gmail.com