UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DOCTORS COFFEY INTERNAL MEDICINE & FAMILY CARE, LLC, ) ) ) Plaintiff, ) ) v. ) ) GRANGE INSURANCE COMPANY ) a/k/a GRANGE MUTUAL ) CASUALTY COMPANY, ) ) Defendant. ) | No.: 3:21-CV-8-TAV-JEM |

## **ORDER**

This civil case is before the Court on the parties' Joint Motion to Continue Trial and Suspend Scheduling Order Deadlines to Allow Parties to Mediate [Doc. 32]. In support, the parties state they are working toward a resolution and plan to participate in mediation.

In light of the parties' joint efforts to resolve this matter and in the interests of judicial economy and efficiency, the Court finds it appropriate to stay this action pending the mediation. Accordingly, this action is hereby **STAYED** until **July 15, 2022,** so the parties may engage in mediation. Within **seven (7) days** following the conclusion of mediation, the mediator shall **FILE** a report with the Court stating the outcome of the mediation, as contemplated by Local Rule 16.4(m).

The final pretrial conference scheduled September 20, 2022, and trial scheduled September 27, 2022, are **CANCELLED**. The Court will reset this case for trial upon the lifting of the stay or upon notice from the parties that this case should be reset for trial.

Accordingly, motions [Docs. 30, 31] are hereby **DENIED AS MOOT** with leave to refile upon the stay in this case being lifted.

The Court further **DIRECTS** that on or before **July 15, 2022**, the parties **SHALL** file joint status reports to apprise the Court of whether their resolution efforts were successful, whether they require additional time to negotiate, or whether the parties wish to proceed to trial.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE